IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KOU HER                                                                                      PETITIONER

v.                         Case No. 5:16-cv-00089 KGB/PSH

WENDY KELLEY, Director of the
Arkansas Department of Correction                                            RESPONDENT

## ORDER

Before the Court are the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). Petitioner Kou Her has not filed an objection to the Findings and Recommendation, and the time for filing an objection has passed. After careful consideration of the Findings and Recommendation, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Therefore, the Court dismisses Mr. Her's petition and denies all requested relief therein (Dkt. No. 2). The Court denies a certificate of appealability. The Court will separately enter judgment for respondent Wendy Kelley.

It is so ordered this 24th day of February, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge