IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KOU HER**                                                                                                **PLAINTIFF**

v.                          Case No. 5:16-cv-089-KGB-PSH

**WENDY KELLEY**                                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this action is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 24th day of February, 2017.

_____
Kristine G. Baker
United States District Judge